**WOODALL LAW OFFICES**
100 PINE STREET, SUITE 1250
SAN FRANCISCO, CALIFORNIA 94111
TELEPHONE: (415) 413-4629
FACSIMILE: (866) 937-4109
KEVIN@KWOODALLLAW.COM

KEVIN F. WOODALL, BAR NO. 180650

ATTORNEYS FOR PLAINTIFF, STARVONA HARRIS AND THOSE SIMILARLY SITUATED

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| STARVONA HARRIS, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED,<br><br>PLAINTIFFS,<br><br>v.<br><br>BEST BUY STORES, L.P., A LIMITED PARTNERSHIP,<br><br>DEFENDANT. | CASE NO. 3:15-CV-00657 HSG<br><br>STIPULATION TO EXTEND DEADLINE FOR FILING AND RESPONDING TO MOTION FOR SUMMARY JUDGMENT; ORDER THEREON |

WHEREAS, at the May 19, 2015 Case Management Conference ("CMC"), the parties informed the Court that: (a) they had not yet started discovery because the Rule 26 conference was held a short time earlier; and (b) if there were no discovery disputes and the parties were able to receive all necessary discovery, they would be in a position to file or defend against a motion for summary judgment related to Plaintiff's individual claims within in a few months of the CMC;

WHEREAS, based upon the foregoing, the Court set an August 19, 2015 deadline for the parties to bring a summary judgment motion relating to Plaintiff's individual claims;

1    WHEREAS, the parties have propounded and engaged in discovery directly after
2 the CMC;
3    WHEREAS, counsel for both parties were traveling and unavailable at different
4 times during July, 2015, which made it impossible to conduct depositions that month;
5    WHEREAS, the parties have had discovery disputes relating to written discovery
6 and depositions since the CMC.  The parties are continuing to engage in meet and confer
7 discussions relating to Rule 30(b)(6) deposition topics and written discovery.  The parties
8 may need to file a joint discovery brief with the Court to address certain issues.  After the
9 issues are resolved, Plaintiff will need to take the Rule 30(b)(6) deposition; and
10   WHEREAS, the Parties need additional time to obtain the necessary discovery to
11 bring or defend against a motion for summary judgment pursuant to Federal Rule of Civil
12 Procedure, Rule 56(d).
13   IT IS HEREBY STIPULATED as follows:
14   (1) The deadline for both parties to file a motion for summary judgment is
15       extended from August 19, 2015 until October 19, 2015; and
16   (2) If a party files a motion for summary judgment prior to October 19, 2015, the
17       other party will have until November 2, 2015 to file opposition papers.

19 DATE:  AUGUST 7, 2015                    WOODALL LAW OFFICES

                                          BY:  /S/KEVIN F. WOODALL
                                          KEVIN F. WOODALL
                                          ATTORNEYS FOR PLAINTIFF, STARVONA
                                          HARRIS AND SIMILARLY SITUATED
                                          FORMER AND CURRENT EMPLOYEES OF
                                          DEFENDANT

DATE:  AUGUST 7, 2015

MORGAN, LEWIS & BOCKIUS LLP

BY:  /S/BARBARA J. MILLER
BARBARA J. MILLER
ATTORNEYS FOR DEFENDANT BEST BUY STORES, L.P.

## **ORDER**

For good cause shown, the Court hereby orders that the deadline for Plaintiff to respond to Defendant's Motion for Summary Judgment (Dkt. No. 22) is November 2, 2015.

Dated:  August 31, 2015

*Haywood S. Gill Jr.*
U.S. District Court Judge