United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARVONA HARRIS,<br><br>   Plaintiff,<br><br>   v.<br><br>BEST BUY STORES, L.P.,<br><br>   Defendant. | Case No. 15-cv-00657-HSG   (KAW)<br><br>ORDER REGARDING PROPOSED STIPULATED PROTECTIVE ORDER<br><br>Re: Dkt. No. 28 |

On September 16, 2015, the parties filed a stipulated protective order. They did not, however, indicate whether they were using a model protective order or a modified protective order as required by the Court's Standing Order. (*See* Judge Westmore's General Standing Order ¶ 11.)

Accordingly, the parties are ordered to submit, within 7 days of this order, (a) a declaration stating that the proposed order is identical to one of the model orders, (b) a declaration explaining each modification to the model order, along with a redline version comparing the proposed protective order with the model order, or (c) a declaration explaining why use of one of the model orders is not practicable.

IT IS SO ORDERED.

Dated: September 17, 2015

_____
KANDIS A. WESTMORE
United States Magistrate Judge