**WOODALL LAW OFFICES**
100 PINE STREET, SUITE 1250
SAN FRANCISCO, CALIFORNIA 94111
TELEPHONE: (415) 413-4629
FACSIMILE: (866) 937-4109
KEVIN@KWOODALLLAW.COM

KEVIN F. WOODALL, BAR NO. 180650

ATTORNEYS FOR PLAINTIFF, STARVONA HARRIS AND THOSE SIMILARLY SITUATED

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| STARVONA HARRIS, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED,<br><br>PLAINTIFFS,<br><br>V.<br><br>BEST BUY STORES, L.P., A LIMITED PARTNERSHIP,<br><br>DEFENDANT. | CASE NO. 3:15-CV-00657 HSG KAW<br><br>STIPULATION TO EXTEND PAGE LIMIT REGARDING JOINT DISCOVERY BRIEF; ORDER THEREON |

WHEREAS, the parties submitted a Joint Discovery Brief Letter, which was referred to Magistrate Judge Westmore;

WHEREAS, in a May 26, 2015 Order, Magistrate Judge Westmore ordered the parties to file a separate Joint Discovery Brief Letter for each discovery device, each with an eight-page limit; and

WHEREAS, the parties have a dispute relating to a number of subject matters in a Rule 30(b)(6) deposition notice and need additional pages to separately address each subject matter pursuant to the May 26, 2015 Order;

1   IT IS HEREBY STIPULATED that the eight-page limit for the Joint Discovery

2  Brief Letter shall be extended to 24 pages (excluding the cover page) with each party

3  having equal space to make their arguments.

4

5  DATE:   S̲E̲P̲T̲E̲M̲B̲E̲R̲ ̲1̲8̲,̲ ̲2̲0̲1̲5̲            WOODALL LAW OFFICES

6

7                                                          BY:   /̲S̲/̲K̲E̲V̲I̲N̲ ̲F̲.̲ ̲W̲O̲O̲D̲A̲L̲L̲
                                                                    KEVIN F. WOODALL
8                                                         ATTORNEYS FOR PLAINTIFF, STARVONA
                                                          HARRIS AND SIMILARLY SITUATED
9                                                         FORMER AND CURRENT EMPLOYEES OF
                                                          DEFENDANT
10

11

12

13  DATE:   S̲E̲P̲T̲E̲M̲B̲E̲R̲ ̲1̲8̲,̲ ̲2̲0̲1̲5̲            MORGAN, LEWIS & BOCKIUS LLP

14

15                                                         BY:   /̲S̲/̲B̲A̲R̲B̲A̲R̲A̲ ̲J̲.̲ ̲M̲I̲L̲L̲E̲R̲
                                                                    BARBARA J. MILLER
16                                                        ATTORNEYS FOR DEFENDANT BEST BUY
                                                          STORES, L.P.
17

18

19

20

21

22

23

24

25

26

27

28

# **ORDER**

For good cause shown, the Court hereby orders that the eight-page limit for the Joint Discovery Brief Letter shall be extended to 24 pages (excluding the cover page) with each party having equal space to make their arguments.

Dated: _____
U.S. Magistrate Judge