**WOODALL LAW OFFICES**
100 PINE STREET, SUITE 1250
SAN FRANCISCO, CALIFORNIA 94111
TELEPHONE: (415) 413-4629
FACSIMILE: (866) 937-4109
KEVIN@KWOODALLLAW.COM

KEVIN F. WOODALL, BAR NO. 180650

ATTORNEYS FOR PLAINTIFF, STARVONA HARRIS AND THOSE SIMILARLY SITUATED

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| STARVONA HARRIS, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED, <br><br> PLAINTIFFS, <br><br> V. <br><br> BEST BUY STORES, L.P., A LIMITED PARTNERSHIP, <br><br> DEFENDANT. | CASE NO. 3:15-CV-00657 HSG KAW <br><br> STIPULATION TO EXTEND PAGE LIMIT REGARDING JOINT DISCOVERY BRIEF; ORDER THEREON AS MODIFIED |

WHEREAS, the parties submitted a Joint Discovery Brief Letter, which was referred to Magistrate Judge Westmore;

WHEREAS, in a May 26, 2015 Order, Magistrate Judge Westmore ordered the parties to file a separate Joint Discovery Brief Letter for each discovery device, each with an eight-page limit; and

WHEREAS, the parties have a dispute relating to a number of subject matters in a Rule 30(b)(6) deposition notice and need additional pages to separately address each subject matter pursuant to the May 26, 2015 Order;

1  IT IS HEREBY STIPULATED that the eight-page limit for the Joint Discovery
2  Brief Letter shall be extended to 24 pages (excluding the cover page) with each party
3  having equal space to make their arguments.

DATE:  S<small>EPTEMBER</small> 18, 2015                WOODALL LAW OFFICES


BY:  /S/K<small>EVIN</small> F. W<small>OODALL</small>
             K<small>EVIN</small> F. W<small>OODALL</small>
A<small>TTORNEYS FOR</small> P<small>LAINTIFF</small>, S<small>TARVONA</small>
H<small>ARRIS AND</small> S<small>IMILARLY</small> S<small>ITUATED</small>
F<small>ORMER AND</small> C<small>URRENT</small> E<small>MPLOYEES OF</small>
D<small>EFENDANT</small>



                                                MORGAN, LEWIS & BOCKIUS LLP
DATE:  S<small>EPTEMBER</small> 18, 2015


BY:  /S/B<small>ARBARA</small> J. M<small>ILLER</small>
             B<small>ARBARA</small> J. M<small>ILLER</small>
A<small>TTORNEYS FOR</small> D<small>EFENDANT</small> B<small>EST</small> B<small>UY</small>
S<small>TORES</small>, L.P.

## **ORDER**

For good cause shown, the Court hereby orders that the eight-page limit for the Joint Discovery Brief Letter shall be extended to ~~24~~ 12 pages (excluding the cover page) with each party having equal space to make their arguments.

Dated:  9/21/15

                                          _Kandis Westmore_
                                          U.S. Magistrate Judge