**WOODALL LAW OFFICES**
100 PINE STREET, SUITE 1250
SAN FRANCISCO, CALIFORNIA 94111
TELEPHONE: (415) 413-4629
FACSIMILE: (866) 937-4109
KEVIN@KWOODALLLAW.COM

KEVIN F. WOODALL, BAR NO. 180650

ATTORNEYS FOR PLAINTIFF, STARVONA HARRIS AND THOSE SIMILARLY SITUATED

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| STARVONA HARRIS, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED,<br><br>PLAINTIFFS,<br><br>V.<br><br>BEST BUY STORES, L.P., A LIMITED PARTNERSHIP,<br><br>DEFENDANT. | CASE NO.  3:15-CV-00657 HSG<br><br>**STIPULATION TO EXTEND DEADLINES FOR FILING OPPOSITION AND REPLY PAPERS RELATING TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND RESETTING HEARING DATE; ORDER THEREON** |

WHEREAS, on August 19, 2015, Defendant filed a summary judgment motion relating to Plaintiff's individual claims;

WHEREAS, on August 19, 2015, the parties filed a Joint Discovery Brief Letter;

WHEREAS, on August 20, 2015, the Court referred the pending and future discovery disputes to a Magistrate Judge;

WHEREAS, on August 26, 2015, Magistrate Judge Westmore ordered the parties to engage in additional meet and confer efforts and resubmit Joint Discovery Brief Letters to that comply with her Standing Order;

1        WHEREAS, on August 31, 2015, due to the ongoing discovery disputes relating to
2   Plaintiff's written discovery requests and Rule 30(b)(6) deposition topics, the Court
3   extended Plaintiff's deadline to file an opposition to Defendant's summary judgment
4   motion until November 2, 2015, extended Defendant's deadline to file reply papers until
5   November 9, 2015 and set a hearing date of December 3, 2015;
6        WHEREAS, in September, 2015, the parties engaged in additional meet and
7   confer efforts and those issues that could not be resolved were addressed in three (3)
8   separate Joint Discovery Brief Letters relating to interrogatories, document requests and
9   Rule 30(b))6) deposition topics, which were filed in late September, 2015;
10       WHEREAS, on October 15, 2015, Magistrate Judge Westmore issued an order
11  denying Plaintiff's discovery motion relating to interrogatories and document requests;
12       WHEREAS, on October 16, 2015, Magistrate Judge Westmore issued an order
13  granting in part and denying in part Plaintiff's discovery motion relating to Rule 30(b)(6)
14  deposition topics;
15       WHEREAS, on October 17, 2015, Plaintiff filed a motion objecting to Magistrate
16  Judge Westmore's Order with respect to Plaintiff's interrogatories and document
17  requests, pursuant to Federal Rule of Civil Procedure 72 and Local Rule 72.
18       WHEREAS, Plaintiff intends to file another objection to Magistrate Judge
19  Westmore's Order denying Plaintiff's request to address certain subject matters in a Rule
20  30(b)(6) deposition;
21       WHEREAS, Defendant has informed Plaintiff that many witnesses will address
22  the Rule 30(b)(6) deposition subject matters, some of which reside in Minnesota and will
23  not be produced for deposition in California.  Consequently, counsel would rather make
24  one trip to Minnesota for the deposition, to the extent it will be conducted in person,
25  instead of multiple trips;
26       WHEREAS, due to scheduling conflicts of Defendant and its counsel after
27  Magistrate Judge Westmore's recent Orders were issued, Plaintiff has not been able to
28

1  take the Rule 30(b)(6) deposition of Defendant with respect to those issues not in dispute
2  and will not be able to take this deposition prior to November 9, 2015; and
3       WHEREAS, due to the ongoing discovery disputes and related motions, which
4  will not be resolved prior to the current November 2, 2015 deadline to file an opposition
5  to Defendant's motion for summary judgment, the parties believe the deadlines for filing
6  Plaintiff's opposition papers and Defendant's reply papers should be extended and the
7  related hearing date should reset.
8       IT IS HEREBY STIPULATED as follows:
9       (1) The deadline for Plaintiff to file opposition papers to Defendant's summary
10          judgment motion should be extended from November 2, 2015 until December
11          14, 2015;
12      (2) The deadline for Defendant to file reply papers in support of its summary
13          judgment motion should be extended from November 9, 2015 until December
14          21, 2015; and
15      (3) The hearing date relating to Defendant's summary judgment motion should be
16          rescheduled from December 3, 2015 until January 7, 2016.

DATE:  OCTOBER 22, 2015                     WOODALL LAW OFFICES

                                            BY:  /S/KEVIN F. WOODALL
                                                 KEVIN F. WOODALL
                                            ATTORNEYS FOR PLAINTIFF, STARVONA
                                            HARRIS AND SIMILARLY SITUATED
                                            FORMER AND CURRENT EMPLOYEES OF
                                            DEFENDANT

DATE: OCTOBER 22, 2015

MORGAN, LEWIS & BOCKIUS LLP

BY: /S/BARBARA J. MILLER
BARBARA J. MILLER
ATTORNEYS FOR DEFENDANT BEST BUY STORES, L.P.

## **ORDER**

For good cause shown, the Court hereby orders as follows:

(1) The deadline for Plaintiff to file opposition papers to Defendant's summary judgment motion shall be extended from November 2, 2015 until December 14, 2015;

(2) The deadline for Defendant to file reply papers in support of its summary judgment motion shall be extended from November 9, 2015 until December 21, 2015; and

(3) The hearing date relating to Defendant's summary judgment motion should be rescheduled from December 3, 2015 until January 7, 2016 at 2:30 p.m.

Dated: 10/26/2015

*Haywood S. Gilliam Jr.*
U.S. District Court Judge

4
STIPULATION TO EXTEND DEADLINE; ORDER THEREON