MORGAN, LEWIS & BOCKIUS LLP
Barbara J. Miller, Bar No. 167223
Bryan L. Jarrett, Bar No. 278176
600 Anton Blvd., Suite 1800
Costa Mesa, CA  92626
Tel:     949.399.7000
Fax:    949.399.7001
barbara.miller@morganlewis.com
bjarrett@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Sacha M. Steenhoek, Bar No. 253743
One Market, Spear Street Tower, 5th Floor
San Francisco, CA 94105
Tel:     415.442.1000
Fax:    415.442.1001
ssteenhoek@morganlewis.com

Attorneys for Defendant,
BEST BUY STORES, L.P.

**WOODALL LAW OFFICES**
100 PINE STREET, SUITE 1250
SAN FRANCISCO, CALIFORNIA 94111
TELEPHONE: (415) 413-4629
FACSIMILE: (866) 937-4109
KEVIN@KWOODALLLAW.COM

KEVIN F. WOODALL, BAR NO. 180650

ATTORNEYS FOR PLAINTIFF, STARVONA
HARRIS AND THOSE SIMILARLY SITUATED

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| STARVONA HARRIS, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED,<br><br>        PLAINTIFFS,<br><br>    V.<br><br>BEST BUY STORES, L.P., A LIMITED PARTNERSHIP,<br><br>        DEFENDANT. | CASE NO.  3:15-CV-00657 HSG<br><br>STIPULATION AND ORDER TO SET BRIEFING SCHEDULE AND HEARING DATE FOR PLAINTIFF'S RULE 23 MOTION FOR CLASS CERTIFICATION |

STIPULATION TO SET CLASS CERTIFICATION BRIEFING SCHEDULE

WHEREAS, at the December 10, 2015 hearing, the Court instructed the parties to stipulate to a briefing schedule and hearing date for the Rule 23 motion for class certification [Docket No. 58];

WHEREAS, the Parties have met and conferred and have agreed to a briefing schedule and hearing date.

IT IS HEREBY STIPULATED as follows:

1. Plaintiff's Rule 23 Motion for Class Certification is due September 22, 2016;
2. Defendant's Opposition to Plaintiff's Rule 23 Motion for Class Certification is due November 3, 2016;
3. Plaintiff's Reply in support of Rule 23 Motion for Class Certification is due December 1, 2016;
4. The hearing on Plaintiff's Rule 23 Motion for Class Certification shall be set for December 15, 2016 at 2:00 p.m.

DATE:  FEBRUARY 8, 2016

WOODALL LAW OFFICES

BY:  /S/KEVIN F. WOODALL
KEVIN F. WOODALL
ATTORNEYS FOR PLAINTIFF, STARVONA HARRIS AND SIMILARLY SITUATED FORMER AND CURRENT EMPLOYEES OF DEFENDANT

DATE:  FEBRUARY 8, 2016

MORGAN, LEWIS & BOCKIUS LLP

BY:  /S/BARBARA J. MILLER
BARBARA J. MILLER
ATTORNEYS FOR DEFENDANT BEST BUY STORES, L.P.

## ATTESTATION RE ELECTRONIC SIGNATURES

I, BARBARA MILLER, attest pursuant to Northern District Local Rule 5-1(i)(3) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATE:  FEBRUARY 8, 2016

MORGAN, LEWIS & BOCKIUS LLP

BY:  /S/BARBARA J. MILLER
BARBARA J. MILLER
ATTORNEYS FOR DEFENDANT BEST BUY STORES, L.P.

**ORDER**

For good cause shown, the Court hereby orders that:

1. Plaintiff's deadline to file a Rule 23 Motion for Class Certification is September 22, 2016;

2. Defendant's deadline to file a Opposition to Plaintiff's Rule 23 Motion for Class Certification is November 3, 2016;

3. Plaintiff's deadline to file a Reply in support of Rule 23 Motion for Class Certification is December 1, 2016;

4. The hearing on Plaintiff's Rule 23 Motion for Class Certification is set for December 15, 2016 at 2:00 p.m.

Dated:  February 9, 2016

_____
U.S. District Court Judge

Login: millerbj12
Pswd: kefi7=fi