UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STARVONA HARRIS,

    Plaintiff,

    v.

BEST BUY STORES, L.P.,

    Defendant.

Case No.  15-cv-00657-HSG   (KAW)

**ORDER TERMINATING JOINT DISCOVERY LETTER BRIEFS**

Re: Dkt. Nos. 78, 79

    The parties to this proposed class action filed two joint discovery letter briefs on March 31, 2016.  (Dkt. Nos. 78, 79.)  One joint letter concerns whether good cause exists to reopen discovery regarding Plaintiff's alleged misuse of Best Buy's employee discount policy.  (Dkt. No. 79.)  The other joint letter concerns whether Harris should be compelled to produce her phone records in light of her allegation that she used her personal cell phone to make work-related calls and that Best Buy was required to reimburse her for cell phone expenses under California Labor Code section 2802.  (Dkt. No. 78.)  Discovery regarding individual claims closed on February 15, 2016.  (Dkt. No. 58.)  For this reason, the parties' joint discovery letters are untimely.  *See* Civil L.R. 37-3.  To the extent Best Buy seeks leave to conduct further discovery on Plaintiff's individual claims, it must seek such leave from the presiding judge.

    IT IS SO ORDERED.

Dated: 04/12/2016

_____
KANDIS A. WESTMORE
United States Magistrate Judge