**WOODALL LAW OFFICES**
100 PINE STREET, SUITE 1250
SAN FRANCISCO, CALIFORNIA 94111
TELEPHONE: (415) 413-4629
FACSIMILE: (866) 937-4109
KEVIN@KWOODALLLAW.COM

KEVIN F. WOODALL, BAR NO. 180650

ATTORNEYS FOR PLAINTIFF, STARVONA HARRIS AND THOSE SIMILARLY SITUATED

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| STARVONA HARRIS, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED, <br><br> PLAINTIFFS, <br><br> V. <br><br> BEST BUY STORES, L.P., A LIMITED PARTNERSHIP, <br><br> DEFENDANT. | CASE NO. 3:15-CV-00657 HSG <br><br> ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO CONTINUE THE HEARING DATE TO JUNE 23, 2016 |

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF

1
2    Plaintiff Starvona Harris's Motion for Administrative Relief to Appear
3 Telephonically at June 16, 2016 Hearing or, In the Alternative, to Continue the Hearing
4 Date to June 23, 2016 was heard by the Court.  No hearing was necessary.  After
5 reviewing the motion papers and good cause therefor,
6    Plaintiff's Motion for Administrative Relief is GRANTED.  The June 16, 2016
7 hearing relating to Defendant's Motion for Leave to Move to Reopen Discovery as to
8 Plaintiff's Use of Defendant's Employee Discount Policy is continued to June 23, 2016 at
9 2:00 p.m.
10
11 IT IS SO ORDERED.
12
13 Dated: June 10, 2016                              *Haywood S. Gilliam Jr.*
14                                                                    U.S. DISTRICT COURT JUDGE

1
[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF