MORGAN, LEWIS & BOCKIUS LLP
BARBARA J. MILLER (SBN 167223)
barbara.miller@morganlewis.com
BRYAN L. JARRETT (SBN 278176)
Bryan.jarrett@morganlewis.com
600 Anton Blvd., Suite 1750
Costa Mesa, CA  92626
Tel:      714.830.0600
Fax:     714.830.0700

Attorneys for Defendant
BEST BUY STORES, L.P.

WOODALL LAW OFFICES
KEVIN F. WOODALL (SBN 180650)
kevin@woodalllaw.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Tel:      (415) 413-4629
Fax:     (866) 937-4109

Attorneys for Plaintiff
STARVONA HARRIS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARVONA HARRIS, individually and on behalf of those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BEST BUY STORES, L.P., a limited partnership,<br><br>Defendants. | Case No. 15-cv-00657-HSG<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER |

CASE NO. 15-cv-00657-HSG
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
1

DB2/ 30486149.1

1    Plaintiff Starvona Harris and Defendant Best Buy Stores, L.P. (collectively referred to as
2 the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:
3    WHEREAS, on August 1, 2016, the Court scheduled a Case Management Conference
4 ("CMC") for August 16, 2016 at 2:00 p.m.;
5    WHEREAS, counsel for Defendant is unable to attend the CMC on August 16, 2016 due
6 in part to a previously scheduled arbitration on that date;
7    WHEREAS, counsel for Plaintiff has agreed to postpone the CMC to a later, mutually
8 agreeable date that is available for both the Parties and the Court;
9    NOW, THEREFORE, THE PARTIES HEREBY STIPULATE to the entry of an Order
10 by the Court vacating the currently scheduled date of the CMC and rescheduling it to August 30,
11 2016 at 2:00 p.m., or another date thereafter as selected by the Court.

13 Date:  August 4, 2016              MORGAN, LEWIS & BOCKIUS LLP

                                         /s/Barbara J. Miller
14                                    BARBARA MILLER
                                      Attorneys for Defendant
15                                    BEST BUY STORES, L.P.

17 Date:  August 4, 2016              WOODALL LAW OFFICES

18                                       /s/Kevin Woodall
                                      KEVIN WOODALL
19                                    Attorneys for Plaintiff
                                      STARVONA HARRIS
20

21                          **Order**

22    For good cause shown, the Court hereby continues the Case Management Conference to
23 August 30, 2016 at 2:00 p.m.

25 DATED:  August 4, 2016             _____
26                                    United States District ~~Magistrate~~ Judge

27                                               CASE NO. 15-cv-00657-HSG
   STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ~~[PROPOSED]~~ ORDER
28                                    2

DB2/ 30486149.1

## ATTESTATION RE ELECTRONIC SIGNATURES

I, BARBARA J. MILLER, attest pursuant to Northern District Local Rule 5-1(i)(3) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 4, 2016                         MORGAN, LEWIS & BOCKIUS LLP


                                              By  /s/Barbara J. Miller
                                                  Barbara Miller
                                                  Attorneys for Defendant
                                                  BEST BUY STORES, L.P.