1

2

3

4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7    STARVONA HARRIS,                          Case No.  15-cv-00657-HSG

                    Plaintiff,
8                                              **ORDER REGARDING JOINT STATUS
          v.                                   REPORT**
9
                                               Re: Dkt. No. 128
     BEST BUY STORES, L.P.,
10
                    Defendant.
11

12          On December 6, 2016, the Court held a further case management conference.  Dkt. No.

13   128.  At the conference, the Court directed the parties to meet and confer regarding whether they

14   will stipulate to Plaintiff filing an amended complaint alleging jurisdiction under CAFA (if

15   Plaintiff chooses to do so).  *Id.*; *see also* Fed. R. Civ. P. 15(a)(2) (amendment permitted with

16   opposing party's written consent or court's leave).  The Court also set a telephonic case

17   management conference for December 27, 2016, at 3:00 p.m. and ordered the parties to file a joint

18   status report no later than December 26, 2016.  Dkt. No. 128.

19          The Court hereby **ORDERS** that the joint status report, at minimum, state the following:

20   (1) whether the parties have agreed to stipulate to Plaintiff filing an amended complaint; (2) if not,

21   whether Plaintiff plans to file a motion for leave to file an amended complaint; and (3) if so, the

22   parties' proposed briefing schedule for Plaintiff's motion.

23          **IT IS SO ORDERED.**

24   Dated: 12/14/2016

25

26   HAYWOOD S. GILLIAM, JR.
     United States District Judge

27

28

United States District Court
Northern District of California