UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARVONA HARRIS, <br>     Plaintiff, <br>   v. <br> BEST BUY STORES, L.P., <br>     Defendant. | Case No. 15-cv-00657-HSG <br><br> **ORDER OF DISMISSAL** |

A district court may decline to exercise supplemental jurisdiction if it has dismissed all claims over which it has original jurisdiction. 28 U.S.C. § 1367(c)(3); *Sanford v. MemberWorks, Inc.*, 625 F.3d 550, 561 (9th Cir. 2010). "[I]n the usual case in which all federal-law claims are eliminated before trial, the balance of factors to be considered under the pendent jurisdiction doctrine—judicial economy, convenience, fairness, and comity—will point toward declining to exercise jurisdiction over the remaining state-law claims. " *Id.* at 561 (citation and internal quotation marks omitted).

Here, upon reconsideration, the Court granted summary judgment as to Plaintiff's overtime claims under federal and state law (Plaintiff's First and Second Causes of Action). *See* Dkt. No. 124 (*Harris v. Best Buy Stores, L.P.*, No. 15-cv-00657-HSG, 2016 WL 6248893, at *2 (N.D. Cal. Oct. 26, 2016)). The Court's October 26, 2016 order otherwise left in place the Court's August 1, 2016 order, which denied summary judgment as to Plaintiff's other state law claims (Plaintiff's Third, Fourth, Fifth, Sixth, Seventh and Eighth Causes of Action). *See id.* at *3; Dkt. No. 102 (*Harris v. Best Buy Stores, L.P.*, No. 15-CV-00657-HSG, 2016 WL 4073327, at *7-12 (N.D. Cal. Aug. 1, 2016)).

Having granted summary judgment in Defendant's favor on Plaintiffs' only federal claim, the Court, in its discretion, declines to assert supplemental jurisdiction over the remaining state

1  law claims.  Accordingly, all of Plaintiffs' remaining claims are **DISMISSED WITHOUT**
2  **PREJUDICE**.  The Clerk is directed to enter judgment in favor of Defendant as to Plaintiff's First
3  and Second Causes of Action, and to close the file.  Both parties shall bear their own costs of suit.
4      **IT IS SO ORDERED.**
5  Dated: 12/28/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge