UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARVONA HARRIS,<br><br>    Plaintiff,<br><br>v.<br><br>BEST BUY STORES, L.P.,<br><br>    Defendant. | Case No. 15-cv-00657-HSG<br><br>**JUDGMENT**<br><br>Re: Dkt. No. 131 |

Judgment is hereby entered consistent with the Court's Order of Dismissal,

This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

Dated at Oakland, California, this 28th day of December, 2016.

Susan Y. Soong
Clerk of Court

By: _____
Nikki D. Riley
Deputy Clerk to the Honorable
HAYWOOD S. GILLIAM, JR.